**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
 dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (Bar No. 319508)
 msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
7095 Indiana Ave Ste 200
Riverside, CA 92506
(951) 682-9311
Email: tpacker@grechpackerlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GALVAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, ROBERT ROMERO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-00384-JGB-SHKx<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>[*Hon. Jesus G. Bernal*] |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure and Central District Local Rule 5-3.1, Plaintiff hereby submits his proof of service of the summons, complaint, and other documents on Defendants County of Riverside and Robert Romero, attached hereto as Exhibits "A" and "B", respectively.

Dated: March 16, 2021　　　　　**LAW OFFICES OF DALE K. GALIPO**
　　　　　　　　　　　　　　　　　**LAW OFFICES OF GRECH & PACKER**

　　　　　　　　　　　　　　　By:　　___/s/　　Marcel F. Sincich___
　　　　　　　　　　　　　　　　　　Dale K. Galipo, Esq.
　　　　　　　　　　　　　　　　　　Trenton C. Packer, Esq.
　　　　　　　　　　　　　　　　　　Marcel F. Sincich, Esq.
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

# EXHIBIT A

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Marcel Sincich, 319508<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.:<br>(818)347-3333<br><br>Ref. No. or File No.:<br><br>FOR COURT USE ONLY |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
3470 12th Street
Riverside, CA 92501-3801

PLAINTIFF:
Mark Galvan

DEFENDANT:
County of Riverside, et al

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:21-cv-00384-JGB-SHK |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Complaint, Civil Case Cover Sheet, Notice of Interested Parties, Notice of Case Assignment, Notice of Court Directed ADR Program, Standing Order of Hon. Jesus G. Bernal

2. Party Served: County of Riverside

3. Person Served: Sue Maxwell - Clerk for the Board - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 03/08/2021    2:02PM

5. Address, City and State: 4080 Lemon St, 1st Floor
   Riverside, CA 92501

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 80

Registered California process server.
County: Riverside
Registration No.: PS-001766
Chad Eric Crosthwait
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/10/2021 at Petaluma, California.

Signature: _____
Chad Eric Crosthwait

OL# 15962007

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Marcel Sincich, 319508<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367 | (818)347-3333 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
3470 12th Street
Riverside, CA 92501-3801

PLAINTIFF:
Mark Galvan

DEFENDANT:
County of Riverside, et al

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:21-cv-00384-JGB-SHK |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

    Complaint, Civil Case Cover Sheet, Notice of Interested Parties, Notice of Case Assignment, Notice of Court Directed ADR Program, Summons, Initial Standing Order of Hon. Jesus G. Bernal

2. Party Served: Robert Romero

3. Person Served: Party in item 2

    a. Left with: Danesa #N5190 ( 30 / F / 5'6 / 130 /) - Person In Charge Of Office

4. Date & Time of Delivery: 03/10/2021  2:17PM

5. Address, City and State: 4095 Lemon St
   Riverside, CA 92501

6. Manner of Service: By leaving the copies with or in the presence of Danesa #N5190 ( 30 / F / 5'6 / 130 /) , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 111.75

Registered California process server.
County: Riverside
Registration No.: PS-001766
Chad Eric Crosthwait
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/11/2021 at Petaluma, California.

Signature: _____

Chad Eric Crosthwait
OL#: 15966006

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Marcel Sincich, 319508<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd.<br>Woodland Hills, CA 91367 | (818)347-3333 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
3470 12th Street
Riverside, CA 92501-3801

**PLAINTIFF:** Mark Galvan

**DEFENDANT:** County of Riverside, et al

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:21-cv-00384-JGB-SHK |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/12/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Notice of Interested Parties, Notice of Case Assignment, Notice of Court Directed ADR Program, Summons, Initial Standing Order of Hon. Jesus G. Bernal

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Robert Romero
RivCo Sheriff's Dept
4095 Lemon St
Riverside, CA 92501

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 111.75

Travis Carpenter
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/12/2021 at Petaluma, California.

Travis Carpenter

OL#: 15966006