**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* MARK GALVAN

Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Garros Chan (State Bar No. 320561)
  *gxc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Tel: (213) 624-6900 | Fax: (213) 624-6999

Attorneys for Defendant, COUNTY OF RIVERSIDE, AND DEPUTY ROBERT ROMERO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GALVAN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, ROBERT ROMERO; and DOES 1-10, inclusive,<br><br>Defendants. | CASE No.: 5:21-cv-00384-JGB (SHK)<br><br>[*Honorable Jesus G. Bernal*]<br>*Magistrate Judge Shashi H. Kewalramani*<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION TO VACATE ALL DATES AND DEADLINES**<br><br>[*(Proposed) Order filed concurrently*]<br><br>FPTC:    October 3, 2022<br>TRIAL:   October 18, 2022 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL**

**PLEASE TAKE NOTICE** in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have reached a settlement of this entire case for a specified amount. The settlement is between the Plaintiff MARK GALVAN AND Defendants COUNTY OF RIVERSIDE and ROBERT ROMERO by and through their attorneys of record and is conditioned on approval by the Riverside County Board of Supervisors.

Upon finalization of the settlement, the entire case and all defendants shall be dismissed with prejudice. Finalization is expected to occur within 90 days. The parties intend to file a Stipulation for Dismissal of the Complaint with Prejudice pursuant to the approved settlement of this matter within 10 days of receipt of the settlement funds.

Thus, the parties request and hereby stipulate that all hearing dates and deadlines be vacated and that all proceedings be stayed pending finalization of the settlement. Further, the parties request an order that by July 14, 2022, the parties shall file either (1) a proper stipulation and order for dismissal, or (2) a joint status report regarding settlement.

DATED: April 15, 2022        THE LAW OFFICES OF DALE K. GALIPO
                             LAW OFFICES OF GRECH & PACKER

                             /s/        *Marcel F. Sincich*
                             Dale K. Galipo, Esp.
                             Marcel F. Sincich, Esq.
                             Trent C. Packer, Esq.
                             *Attorney for Plaintiffs* MARK GALVAN

DATED: April 15, 2022        MANNING & KASS
                             ELLROD, RAMIREZ, TRESTER LLP

                             /s/        *Garros Chan*
                             Eugene P. Ramirez, Esq.
                             Garros Chan, Esq.
                             *Attorney for Defendants* COUNTY OF RIVERSIDE, and DEPUTY ROBERT ROMERO

-1-
**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO VACATE DATES AND DEADLINES**

# E-SIGNATURE AFFIRMATION

Pursuant to the United States District Court, Central District of California Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 15, 2022         THE LAW OFFICES OF DALE K. GALIPO
                              LAW OFFICES OF GRECH & PACKER

                              /s/         *Marcel F. Sincich*
                              Dale K. Galipo, Esp.
                              Marcel F. Sincich, Esq.
                              Trent C. Packer, Esq.
                              *Attorney for Plaintiffs* MARK GALVAN